PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Merle Eugene Wyatt**  Case Number: **CR 1-01-059-002**

Name of Sentencing Judicial Officer:    **The Honorable S. Arthur Spiegel**
**United States Senior District Judge**

Date of Original Sentence: **August 29, 2002**

Original Offense: **Conspiracy to Possess with Intent to Distribute and Distributuion of more than 50 Grams of Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), and Possession of Counterfeit United States Currency, in violation of 18 U.S.C. § 472**

Original Sentence: **51 months in prison, 60 months of supervised release, a $1,000 fine, and $200 in special assessments**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **April 29, 2005**

## SUPERVISION SUMMARY

Merle Wyatt completed his term of imprisonment and began serving his term of supervised release on April 29, 2005. Since being placed on supervised release, Wyatt has complied with all of the standard and special conditions of supervised release. He successfully completed a random urine collection program at Horizon Services. He has never tested positive for any illegal drug use. He paid his fine and special assessment in full. He is currently employed as a laborer at Mills Moving and Storage.

On April 26, 2006, Trucker Express, Incorporated agreed to hire Wyatt as an over the road truck driver. As part of the employment, Wyatt will be required to travel to all 48 continental states.

United States Probation Officer Recommendation: **It is respectfully recommended that Merle Wyatt be allowed to travel to all 48 continental states without prior approval from the Probation Department to perform his job duties with Truckers Express, Incorporated.**

Respectfully Submitted By,

Mark R. Grawe
United States Probation Officer
Date: April 27, 2006

Reviewed By,

John C. Cole
Supervising United States Probation Officer
Date: April 27, 2006

[✓]    I concur with the recommendation of the Probation Officer
[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons

Signature of Judicial Officer

Date: 5/2/06