PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Merle Eugene Wyatt**  Case Number: **1:01CR000059**

Name of Sentencing Judicial Officer:   **The Honorable S. Arthur Spiegel**
**United States Senior District Judge**

Date of Original Sentence: **August 29, 2002**

Original Offense: **Conspiracy to Possess with Intent to Distribute and Distribution of more than 50 Grams of Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), and Possession of Counterfeit United States Currency, in violation of 18 U.S.C. § 472**

Original Sentence: **51 months in prison, 60 months of supervised release, a $1,000 fine, and $200 in special assessments**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **April 29, 2005**

## SUPERVISION SUMMARY

Merle Wyatt completed his term of imprisonment and began serving his term of supervised release on April 29, 2005. Since being placed on supervised release, Wyatt has complied with all of the standard and special conditions of supervised release. He successfully completed a random urine collection program at Horizon Services. He has never tested positive for any illegal drug use. He paid his fine and special assessment in full. He is currently employed as a laborer at Mills Moving and Storage.

Diamond Heavy Haul, Incorporated, located at 5045 Cincinnati-Brookville Road, Shandon, Ohio, +would like to hire Wyatt as an over the road heavy haul truck driver on condition that he be permitted to travel to all 48 continental states within a 10 hour notice.

U.S. Probation Officer Action: **It is respectfully recommended that Wyatt, if hired by Diamond Heavy Haul, Incorporated, be permitted to travel to all 48 continental states without prior approval from the Probation Department to perform any job duties with Diamond Heavy Haul, Incorporated.**

Respectfully Submitted By,

*Mark R. Grawe* (signature)
Mark R. Grawe
United States Probation Officer
Date: May 23, 2006

Reviewed and Approved By,

*John C. Cole* (signature)
John C. Cole
Supervising United States Probation Officer
Date: May 23, 2006

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

Signature of Judicial Officer

Date: 5/24/06