IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs | ) | Case No. CR-1-01-59-2 |
| **Merle E. Wyatt** | ) | |
| | ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on supervised release on April 29, 2005 for a period of five years. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

_____
United States Senior District Judge

12/20/06
_____
Date